IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TINO JOSEPH,

      Plaintiff,                                    CV F 03 5296 REC  WMW  P

  vs.                                               ORDER

GAIL LEWIS, et al.,

      Defendants.

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Burnett, Robicheaux, Neill, Lewis, Grannis and Koshell in accordance with the order of May 24, 2005.

        Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

                WARDEN GAIL LEWIS

                M. KOSHELL

                QUINNN-ROBICHEAEX

                S. NEILL

      N. GRANNIS

      D. BURNETT

2. The Clerk of the Court shall send plaintiff six USM-285 forms, six summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed June 4, 2003.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Seven copies of the endorsed first amended complaint filed June 4, 2003.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: March 14, 2006**     /s/ **William M. Wunderlich**
mmkd34           UNITED STATES MAGISTRATE JUDGE

2